United States District Court
Southern District of Texas
**ENTERED**
April 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY AGUILAR, | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | §   CIVIL ACTION NO. H-24-3474 |
| ESWORTH RAWLINGS, *et al*, | § |
| | § |
| Defendants. | § |

# ORDER

Mr. Aguilar has filed a "Notice of Second Amended Complaint," which states that he is filing his Second Amended Complaint as of right. Mr. Aguilar may not amend his complaint again as of right, as he has already amended his complaint once previously. The court treats Mr. Aguilar's notice, (Docket Entry No. 55), as a motion for leave to amend. The motion is granted. Mr. Aguilar may file his Second Amended Complaint, but no more amendments will be permitted without a motion for, and the grant of, leave of court to do so. The pending motions to dismiss, (Docket Entry Nos. 30, 39), are denied, without prejudice, as moot. The defendants may file motions to dismiss the Second Amended Complaint.

SIGNED on April 2, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge